IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPENTV,

    Plaintiff,

vs.

LIBERATE TECHNOLOGIES,

    Defendants.

No. C 02-0655 JSW (MEJ)

ORDER RE SOURCE CODE DECLARATION

    Before the Court is the parties joint letter, filed April 9, 2004. On March 17, 2004, a telephonic conference was held to discuss OpenTV's motion seeking a finding that Liberate was in contempt of the Court's November 18, 2003 Order. The matter was resolved by the Court ordering Liberate to produce a declaration certifying that its production of requested source code was in compliance with the November 18 Order. The parties now disagree on the appropriate content of that declaration.

    The Court will clarify its order at the conclusion of the discussion at the March 17, 2004 telephonic hearing. In the declaration, Liberate should list the locations that have been searched, i.e. Liberate's Perforce Database, network servers, etc. It is not necessary to list the specific places within these locations that Liberate has searched. In addition, Liberate should include a statement that all locations that have a

reasonable likelihood of storing the requested source code have been searched and that all ordered code has been produced.

IT IS SO ORDERED.

Dated: April 27, 2004

                                                /s/
                           MARIA-ELENA JAMES
                           United States Magistrate Judge