IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaimant,<br><br>    v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Defendant and Counterdefendant. | No. C 02-00655 JSW<br><br>**ORDER GRANTING REQUEST TO CONTINUE STAY** |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

    Having reviewed the parties' joint status report filed on May 23, 2005, the Court HEREBY ORDERS that the stay issued May 20, 2004, will remain in effect. The parties are FURTHER ORDERED to submit a joint status report by June 24, 2005, advising the Court of

any further developments in this matter.

**IT IS SO ORDERED.**

Dated: May 24, 2005

                /s/ Jeffrey S. White
                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE