*Counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Defendant and Counterclaimant. | No. C-02-00655 JSW (MEJ)<br><br>**JOINT STATUS STATEMENT** |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

Pursuant to the Court's May 24, 2005 Order, the Parties hereby submit the following Joint Status Statement:

### A. OpenTV, Double C Statement

OpenTV and Double C continue to discuss settlement prospects. OpenTV and Double C believe that additional time to discuss settlement prospects would be useful and therefore jointly request continuation of the stay until August 31, 2005, with status statements due again at that time.

### B. Liberate Statement

Liberate does not oppose the continuation of the stay.

DATED: June 23, 2005

HAROLD J. McELHINNY (Bar No. 66781)
Email: HMcElhinny@mofo.com
MICHAEL A. JACOBS (Bar No. 111664)
Email: MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By:____/s/ Michael A. Jacobs_____
        Michael A. Jacobs

Attorneys for OPENTV, INC.

DATED: June ____, 2005

DARALYN J. DURIE (Bar No. 169865)
Email:  djd@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
Telephone: (415) 391-5400
Fax: (415) 397-7188

By:_____
        Daralyn J. Durie

Attorneys for DOUBLE C TECHNOLOGIES, LLC

JOINT STATUS STATEMENT
C-02-00655 JSW (MEJ)
sf-1952917

1

| | |
|---|---|
| 1   DATED: June _____, 2005 | |
| 2 | MATTHEW D. POWERS (Bar No. 104795) |
|   | Email: matthew.powers@weil.com |
|   | STEVEN CHERENSKY (Bar No. 168275) |
| 3 | Email: steven.cherensky @weil.com |
|   | PERRY R. CLARK (Bar No. 197101) |
| 4 | Email: perry.clark @weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 5 | Silicon Valley Office |
|   | 201 Redwood Shores Parkway |
| 6 | Redwood Shores, CA  94065 |
|   | Telephone: (650) 802-3000 |
| 7 | Facsimile:  (650) 803-3100 |
| 8 | GEORGE A. RILEY (Bar No. 118304) |
|   | Email: griley@omm.com |
| 9 | MARK E. MILLER (Bar No. 130200) |
|   | Email: markmiller@omm.com |
| 10 | O'MELVENY & MYERS LLP |
|   | Embarcadero Center West |
| 11 | 275 Battery Street |
|   | San Francisco, CA  94111-3305 |
| 12 | Telephone: (415) 984-8700 |
|   | Facsimile: (415) 984-8701 |
| 13 | |
| 14 | |
|   | By:_____ |
| 15 |      Perry Clark |
| 16 | Attorneys for Defendant and Counterclaimant |
|   | LIBERATE TECHNOLOGIES |
| 17 | |

18  GEORGE A. RILEY (Bar No. 118304)
    MARK E. MILLER (Bar No. 130200)
19  O'MELVENY & MYERS LLP
    Embarcadero Center West
20  275 Battery Street
    San Francisco, CA  94111-3305
21  Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
22  Attorneys for Defendant and Counterclaimant LIBERATE TECHNOLOGIES
23
    HAROLD J. McELHINNY (Bar No. 66781)
24  MICHAEL A. JACOBS (Bar No. 111664)
    MORRISON & FOERSTER LLP
25  425 Market Street
    San Francisco, CA  94105-2482
26  Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
27  Attorneys for Plaintiff and Counterdefendant OPENTV, INC.
28

JOINT STATUS STATEMENT                                                                        2
C-02-00655 JSW (MEJ)
sf-1952917

1  DARALYN J. DURIE (Bar No. 169865)
   KEKER & VAN NEST LLP
2  710 Sansome Street
   San Francisco, CA  94111
3  Telephone: (415) 391-5400
   Fax: (415) 397-7188
4  Attorneys for real party in interest DOUBLE C TECHNOLOGIES LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS STATEMENT                                                       3
C-02-00655 JSW (MEJ)
sf-1952917

1         Pursuant to the Court's May 24, 2005 Order, the Parties hereby submit the following Joint Status Statement:

### A. OpenTV, Double C Statement

OpenTV and Double C continue to discuss settlement prospects. OpenTV and Double C believe that additional time to discuss settlement prospects would be useful and therefore jointly request continuation of the stay until August 31, 2005, with status statements due again at that time.

### B. Liberate Statement

Liberate does not oppose the continuation of the stay.

DATED: June 24, 2005

        HAROLD J. McELHINNY (Bar No. 66781)
        Email: HMcElhinny@mofo.com
        MICHAEL A. JACOBS (Bar No. 111664)
        Email: MJacobs@mofo.com
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, CA 94105-2482
        Telephone: (415) 268-7000
        Facsimile: (415) 268-7522

By: /s/ Michael A. Jacobs
       Michael A. Jacobs

Attorneys for OPENTV, INC.

DATED: June 22, 2005

        DARALYN J. DURIE (Bar No. 169865)
        Email: djd@kvn.com
        KEKER & VAN NEST LLP
        710 Sansome Street
        San Francisco, CA 94111
        Telephone: (415) 391-5400
        Fax: (415) 397-7188

By: *Daralyn Durie* /PAB
       Daralyn J. Durie

Attorneys for DOUBLE C TECHNOLOGIES, LLC

JOINT STATEMENT
C-02-00655 JSW (MEJ)
sf-1952917

1

| | |
|---|---|
| 1   DATED: June 23, 2005 | |
| 2 | MATTHEW D. POWERS (Bar No. 104795) |
|   | Email: matthew.powers@weil.com |
| 3 | STEVEN CHERENSKY (Bar No. 168275) |
|   | Email: steven.cherensky@weil.com |
| 4 | PERRY R. CLARK (Bar No. 197101) |
|   | Email: perry.clark@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 803-3100 |

    8      GEORGE A. RILEY (Bar No. 118304)
           Email: griley@omm.com
    9      MARK E. MILLER (Bar No. 130200)
           Email: markmiller@omm.com
    10     O'MELVENY & MYERS LLP
           Embarcadero Center West
    11     275 Battery Street
           San Francisco, CA 94111-3305
    12     Telephone: (415) 984-8700
           Facsimile: (415) 984-8701
    13
    14
           By: /s/ Perry Clark
    15         Perry Clark

    16     Attorneys for Defendant and Counterclaimant
           LIBERATE TECHNOLOGIES
    17
    18     GEORGE A. RILEY (Bar No. 118304)
           MARK E. MILLER (Bar No. 130200)
    19     O'MELVENY & MYERS LLP
           Embarcadero Center West
    20     275 Battery Street
           San Francisco, CA 94111-3305
    21     Telephone: (415) 984-8700
           Facsimile: (415) 984-8701
    22     Attorneys for Defendant and Counterclaimant LIBERATE TECHNOLOGIES
    23
           HAROLD J. McELHINNY (Bar No. 66781)
    24     MICHAEL A. JACOBS (Bar No. 111664)
           MORRISON & FOERSTER LLP
    25     425 Market Street
           San Francisco, CA 94105-2482
    26     Telephone: (415) 268-7000
           Facsimile: (415) 268-7522
    27     Attorneys for Plaintiff and Counterdefendant OPENTV, INC.
    28

**IT IS SO ORDERED**
**Judge Jeffrey S. White**

Dated: June 24, 2005

JOINT STATUS STATEMENT     2
C-02-00655 JSW (MEJ)
sf-1952917