UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaimant,<br><br>    v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Defendant and Counterdefendant. | No. C-02-00655 JSW (MEJ)<br><br>[~~PROPOSED~~] ORDER CONTINUING STAY |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

Having reviewed the parties' joint status report filed August 31, 2005, the Court HEREBY ORDERS that the stay issued May 20, 2004, will remain in effect until further notice.

[~~PROPOSED~~] ORDER CONTINUING STAY
No. C-02-00655 JSW (MEJ)
sf-1986613

1  The parties are FURTHER ORDERED to submit a joint status report by November 30, 2005,
2  advising the Court of any further developments in this matter.
3  **IT IS SO ORDERED**.
4  Dated: September 1, 2005

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER CONTINUING STAY
No. C-02-00655 JSW (MEJ)
sf-1986613