1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

| | |
|---|---|
| OPENTV, INC., a Delaware corporation, | No. C-02-00655 JSW (MEJ) |
| Plaintiff and Counterclaimant, | |
| v. | **[PROPOSED]** ORDER CONTINUING STAY |
| LIBERATE TECHNOLOGIES, a Delaware corporation, | |
| Defendant and Counterdefendant. | |
| LIBERATE TECHNOLOGIES, a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| OPENTV, INC., a Delaware corporation, | |
| Counterdefendant. | |

24

25          Having reviewed the parties' joint status report filed November 30, 2005, the Court HEREBY

26    ORDERS that the stay will remain in effect until further notice.

27

28

1    The parties are FURTHER ORDERED to submit a joint status report by January 13, 2006,

2    advising the Court of any further developments in this matter.

3         **IT IS SO ORDERED**.

4         Dated: <u>November 30, 2005</u>

5

6         _____
          HONORABLE JEFFREY S. WHITE
          United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28