UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>      Plaintiff and Counterclaimant,<br><br>  v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>      Defendant and Counterdefendant.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>      Counterclaimant,<br><br>  v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>      Counterdefendant. | No. C-02-00655 JSW (MEJ)<br><br>**[PROPOSED] ORDER CONTINUING STAY** |

Having reviewed the parties' joint status report filed November 30, 2005, the Court HEREBY ORDERS that the stay will remain in effect until further notice.

**[PROPOSED] ORDER CONTINUING STAY**
No. C-02-00655 JSW (MEJ)
sf-2063838

1     The parties are FURTHER ORDERED to submit a joint status report by May 15, 2006,
2 advising the Court of any further developments in this matter and to submit joint status reports at the
3 end of February, March and April to confirm that constructive progress in this matter is continuing.
4     **IT IS SO ORDERED**.
5     Dated: January 13, 2006

                                      HONORABLE JEFFREY S. WHITE
                                      United States District Court Judge