1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPENTV INC.,

       Plaintiff,

  v.

LIBERATE TECHNOLOGIES,

       Defendant.

_____/

No. C 02-00655 JSW

**ORDER SETTING STATUS CONFERENCE**

      The Court has received the parties' recent Joint Status Report.  As of the date of this Order, this matter has been pending five years, has been stayed for over two years, and it has been well over a year since the parties first raised the issue of settlement with the Court.  The Court appreciates the parties' efforts to resolve this matter without further litigation and does not wish to derail those efforts.  However, the Court finds it appropriate to set a status conference to ascertain when a dismissal of this action will be filed.  Accordingly, the parties are HEREBY ORDERED to appear on February 23, 2007 at 1:30 p.m., and shall file a status conference statement on February 16, 2007 setting forth their positions on when they expect a settlement to be finalized.

      **IT IS SO ORDERED.**

Dated: February 2, 2007

                             _____
                             JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE