1  HAROLD J. McELHINNY (Bar No. 66781)
   Email: HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (Bar No. 111664)
   Email: MJacobs@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiff and Counterdefendant
   OPENTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | No. C-02-00655 JSW (MEJ)<br><br>**JOINT STATUS STATEMENT** |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | |

JOINT STATUS STATEMENT
C-02-00655 JSW (MEJ)
sf-2271641

| | |
|---|---|
| 1 | **JOINT STATUS STATEMENT** |
| 2 | The Parties hereby make the following joint statement: |
| 3 | The Parties report that OpenTV and Double C continue to discuss the settlement of this |
| 4 | matter within the context of a broad strategic commercial relationship. The Parties intend to continue |
| 5 | moving forward with these discussions and the negotiation of applicable statements of work, product |
| 6 | specifications, business terms, and definitive agreements, with substantive discussions having |
| 7 | occurred to date and expected to occur going forward. Draft agreements have been exchanged by |
| 8 | counsel. |
| 9 | The Parties believe that resolution of this matter without further litigation remains possible |
| 10 | and request the Court to extend the stay to allow that process to continue. The Parties jointly request |
| 11 | that the Court extend the stay for one additional period of 90 days. During this period, the Parties |
| 12 | will undertake to resolve this matter. At the conclusion of the 90-day period, the Parties will be able |
| 13 | to tell the Court definitively whether an agreement between the parties that would settle the litigation |
| 14 | is likely or not. |
| 15 | Counsel for Double C Technologies and Liberate Technologies have authorized counsel for |
| 16 | OpenTV to convey their joinder in this statement. |

DATED: February 16, 2007

HAROLD J. McELHINNY
MICHAEL A. JACOBS
MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
Michael A. Jacobs

Attorneys for Plaintiff and Counterdefendant
OPENTV, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Jeffrey S. White]

The parties shall appear on Friday, February 23, 2007 at 1:30 p.m. for the status conference to discuss the timing of the resolution of this matter.

Dated: February 20, 2007

JOINT STATUS STATEMENT 1
C-02-00655 JSW (MEJ)
sf-2271641