**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaimant,<br><br>    v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Defendant and Counterdefendant. | No. C 02-00655 JSW<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE** |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

Pursuant to Civil Local Rule 72-1, ADR Local Rule 7-2 and the consent of the parties, this matter is HEREBY REFERRED to referred to Magistrate Judge Joseph Spero to conduct a settlement conference.

**IT IS SO ORDERED.**

Dated: May 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE