UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaimant,<br><br>    v.<br><br>LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Defendant and Counterdefendant. | No. C-02-00655 JSW (MEJ)<br><br>[PROPOSED] ORDER REMOVING MATTER FROM EARLY NEUTRAL EVALUATION PROGRAM |
| LIBERATE TECHNOLOGIES, a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OPENTV, INC., a Delaware corporation,<br><br>    Counterdefendant. | Judge:    Hon. Jeffrey S. White |

1  Pursuant to stipulation,
   The Court HEREBY ORDERS that this matter be withdrawn from the Court's Early Neutral
2  Evaluation program.

4  **IT IS SO ORDERED**.

5  Dated: _June 20, 2007_____

   _____
7  JEFFREY S. WHITE
   United States District Judge