**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 4, 2007

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

**E-Filed and by telefacsimile 415.522.3636**

Honorable Joseph C. Spero
United States District Court Magistrate Judge
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *OpenTV v. Liberate*, Case No. 02-0655 JSW (MEJ)
Settlement Conference Scheduled for October 1, 2007

Dear Judge Spero:

On September 17, I will be the lead attorney in a week-long trial in the District of Utah, *SCO v. Novell*, Case No. 04-139. The principal associate on the *OpenTV* matter, David Melaugh, will also participate in the Utah trial.

It would benefit us greatly if this Court were to grant a one week extension on the due date for settlement conference briefs, extending the deadline from September 17 to September 24. We do not request that the Court delay the settlement conference date. The other parties to the settlement conference have consented to this extension. For its part, we do not anticipate that OpenTV's settlement conference brief will pose any issue complex enough to prejudice the Court by the reduction in review time.

Respectfully submitted,

Michael A. Jacobs

cc: Steven Cherensky, Esq.
    Asim Bhansali, Esq.

sf-2387489

**GRANTED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: September 14, 2007