1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10  OPENTV, INC., a Delaware corporation,          No. C-02-00655 JSW (MEJ)

11          Plaintiff and Counterdefendant,

12          v.

13  LIBERATE TECHNOLOGIES, a Delaware
    corporation,                                   **CONSENT JUDGMENT**
14
            Defendant and Counterclaimant.
15
    ─────────────────────────────────
16  LIBERATE TECHNOLOGIES, a Delaware
    corporation,
17
            Counterclaimant,
18
            v.
19
    OPENTV, INC., a Delaware corporation,
20
            Counterdefendant.
21

22

23

24

25

26

27

28

CONSENT JUDGMENT: PROPOSED ORDER
C-02-00655 JSW (MEJ)
sf-2398363

1    The Parties request that the Court enter this Consent Judgment and waive their respective

2    rights to a hearing or trial on the allegations of the Complaint and Counterclaims:

3    1.    On February 7, 2002, OpenTV filed suit in the United States District Court for the

4    Northern District of California, Case No. 02-0655 ("Complaint"), alleging that Liberate infringed

5    U.S. Patent Nos. 5,563,648 and 5,819,034 ("OpenTV Patents").

6    2.    Liberate filed various counterclaims ("Counterclaims") asserting non-infringement

7    and invalidity of the OpenTV Patents as well as infringement by OpenTV of U.S. Patent Nos.

8    5,014,125, 5,191,410, 5,195,092, and 5,991,799.  Only U.S. Patent No. 5,991,799 remains in suit.

9    3.    This Court has jurisdiction over the allegations in the Complaint and Counterclaims

10   and personal jurisdiction over the Parties.  This Court has jurisdiction to enter this Consent Judgment.

11   4.    Liberate acknowledges that the OpenTV Patents are valid and enforceable, and further

12   concedes that certain of its activities infringed the OpenTV Patents.  Judgment on OpenTV's claim

13   for infringement of the OpenTV patents is entered in favor of OpenTV.  Such acknowledgements

14   shall not prejudice any third party, including but not limited to TVWorks and its members, it and its

15   members' parents, subsidiaries, and respective affiliated entities (collectively, "TVWorks"), from

16   challenging infringement (as to any product or activity) or validity of the OpenTV Patents.

17   5.    The  (1) Joint Statement, (2) Consent Judgment, and (3) any admissions,

18   acknowledgements, agreements or other statements contained in the Joint Statement or Consent

19   Judgment and made by Liberate regarding any fact, issue, claim or defense, are not binding (1)

20   against TV Works in any legal proceeding or (2) against any accused infringer in any legal

21   proceeding where (i) all or part of the accused infringing device includes all or part of any TVWorks

22   set top box middleware; or (ii) all or part of the accused infringing method is performed using all or

23   part of any TVWorks set top box middleware.

24   6.    The Court hereby permanently RESTRAINS AND ENJOINS Liberate from infringing

25   the OpenTV Patents.  Such injunction shall not bind any third party as to any product or activity,

26   including but not limited to TVWorks.  OpenTV further releases any claim for liability against

27   Liberate for any damages arising from the Complaint.

28

CONSENT JUDGMENT:  PROPOSED ORDER                                                    1
C-02-00655 JSW (MEJ)
sf-2398363

1    7.    Liberate concedes that OpenTV does not infringe U.S. Patent No. 5,991,799.

2    8.    The Court hereby dismisses the Counterclaims WITHOUT PREJUDICE. Liberate

3  further releases any claim for liability against OpenTV for any damages arising from the

4  Counterclaims.

5    9.    Each party shall bear its own attorneys' fees and costs of the action and waives any

6  claims to attorneys' fees under any theory.

7    **IT IS SO ORDERED**.

8    Dated:  November 7, 2007

9

10                                    _____
                                      HONORABLE JEFFREY S. WHITE
11                                    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT JUDGMENT:  PROPOSED ORDER                                            2
C-02-00655 JSW (MEJ)
sf-2398363